UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:17-cv-62320-UU

ISEMONA MELINDOR,

    Plaintiff,

v.

OCWEN LOAN SERVICINE, LLC, *et al.*,

    Defendants.
_____/

## ORDER

The Initial Planning and Scheduling Conference in this matter is hereby re-set to **Friday, February 9, 2018, at 11:00 AM**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of January, 2018.

*[signature]*
UNITED STATES DISTRICT JUDGE

cc: counsel of record via cm/ecf