UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**ISEMONA MELIDOR,**

    Plaintiff,

v.                                            **CASE NO.: 0:17-cv-62320-UU**

**OCWEN LOAN SERVICING, LLC,**

    -and-

**DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS TRUSTEE FOR HSI
ASSET SECURITIZATION
CORPORATION TRUST 2006-NC1
MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2006-NC1**

    Defendants.
_____/

## DEFENDANTS' UNOPPOSED MOTION TO RESET
## INITIAL PLANNING AND SCHEDULING CONFERENCE

Defendants, **OCWEN LOAN SERVICING, LLC** and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HSI ASSET SECURITIZATION CORPORATION TRUST 2006-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-NC1**, hereby move to reset the initial planning and scheduling conference reset for Friday, February 9, 2018 at 11:00 am.  As grounds for this motion, Defendants state:

    1.    On January 22, 2018, this Court entered an order re-setting the Initial Planning and Scheduling Conference ("Conference") for February 9, 2018 at 11:00 AM.  [D.E. 33]. Undersigned counsel has a pre-paid vacation cruise leaving from Miami on Saturday, February 3, 2018 and returning Saturday, February 10, 2018.  As a result, undersigned counsel will not be

in the country on February 9, 2018, the date of the reset Conference. Undersigned counsel is available February 13, 2018 through February 16, 2018, should the Court be available to reset the Conference for the following week.

2. This motion is not being interposed for purposes of delay. No party shall be prejudiced by rescheduling the Conference.

3. Undersigned counsel has conferred with counsel for Plaintiff, who has no objection to re-setting the Conference, as herein requested.

WHEREFORE, for all the foregoing reasons, Defendants respectfully request that the Initial Planning and Scheduling Conference be reset.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Ocwen Loan Servicing, LLC and Deutsche Bank National Trust Company, as Trustee for HSI Asset Securitization Corporation Trust 2006-NC1 Mortgage Pass-Through Certificates, Series 2006-NC1*

            s/*Lacey D. Hofmeyer*
LACEY D. HOFMEYER
Florida Bar No. 0160873
E-mail: HofmeyerL@gtlaw.com
Secondary: MirabenR@gtlaw.com
Secondary: FLservice@gtlaw.com
333 SE 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

        -and-

CASE NO.: 0:17-cv-62320-UU

PATRICK G. BRODERICK
Florida Bar No. 88568
E-mail: BroderickP@gtlaw.com
Secondary: KrugerL@gtlaw.com
Secondary: FLservice@gtlaw.com
777 So. Flagler Drive, Suite 300E
West Palm Beach, FL 33401
Telephone: (561) 650-7900
Facsimile: (561) 655-6222

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of January, 2018, I electronically filed the foregoing notice with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on counsel of record identified on the below Service List either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ LACEY HOFMEYER
Lacey Hofmeyer

3

CASE NO.: 0:17-cv-62320-UU

## SERVICE LIST

*Isemona Melidor v. Ocwen Loan Servicing, LLC et al.*
*Case No. 0:17-cv-62320-UU*
**U.S. District Court for the Southern District of Florida**

Pamela E. Chavez, Esq.
Jessica L. Kerr, Esq.
**The Advocacy Group**
333 Las Olas Way, Suite CU3-311
Fort Lauderdale, FL 33301
Email: service@advocacypa.com
Telephone: (954) 282-1858
Facsimile: (844 786-3694

Brian Flick, Esq.
The Dann Law Firm
810 Sycamore St., 3rd Floor
Cincinnati, OH 45202
Phone: (513) 645-3488
Fax: (216) 373-0536
Email: notices@dannlaw.com

                                                        /s/ LACEY HOFMEYER
                                                        Lacey Hofmeyer